BTO

FILED
2007 OCT 11 AM 9:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2426

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**Gilbert ORTEGA-Rubio**
Defendant.

Magistrate Case No. ________

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1324(a)(2)(B)(iii) - Bringing in Illegal Alien(s) Without Presentation

The undersigned complainant being duly sworn states:

On or about **October 10, 2007**, within the Southern District of California, defendant **Gilbert ORTEGA-Rubio** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Floridalma RAMIREZ-Gonzalez,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Sara Esparagoza, U. S. Customs and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **11th** day of **October, 2007.**

United States Magistrate Judge

TSO

**PROBABLE CAUSE STATEMENT**

The complainant states that Floridalma RAMIREZ-Gonzalez is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 10, 2007 at approximately 6:05 AM **Gilbert ORTEGA-Rubio (Defendant)** made application for admission into the United States at the San Ysidro Port of Entry as the driver and sole visible occupant of a 1995 red convertible Ford Mustang. Defendant gave a negative customs declaration and presented his valid California Identification card to a Customs and Border Protection (CBP) Officer. Defendant stated he owned the vehicle and was on his way to Chula Vista, California. During a cursory inspection of the vehicle the officer discovered a human being concealed between the rear seat and the trunk in a modified convertible-top storage compartment. Defendant and the vehicle were escorted to secondary for a more thorough inspection.

During secondary inspection, CBP Officers cut open the rear convertible window. One individual was removed from inside the convertible top storage area through the rear window. The individual was determined to be a citizen of Guatemala with no entitlements to enter the United States. The individual was retained as a Material Witness and is now identified as **Floridalma RAMIREZ-Gonzalez**.

During a video recorded interview, Defendant was advised of his Miranda Rights, acknowledged his rights and elected to answer questions without the benefit of counsel. Defendant admitted knowledge of the concealed alien. Defendant admitted he was to receive $800.00 USD if he were successful in the smuggling attempt.

During a separate recorded interview, Material Witness declared she is a citizen of Guatemala with no legal rights or documents to enter the United States. Material Witness stated her relatives in Guatemala were going to pay $2,000.00 USD for her to be smuggled into the United States.