7

AO 455 (Rev. 5/85) Waiver of Indictment

FILED
NOV 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

GILBERT ORTEGA-RUBIO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR 2982-BTM

I, GILBERT ORTEGA-RUBIO, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11-1-07, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Gilbert Ortega
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer

Brenda Leyva,
Interpreter
10/25/07